**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| SHALEAH RAINES AND SYLVIA SANTOS, <br><br> Plaintiffs, <br><br> v. <br><br> OH POLLY USA, INC., <br><br> Defendant. | Civil Action No. 1:25-cv-02335 <br><br> The court acknowledges the Notice of Dismissal, Dkt. [10]. The Clerk is DIRECTED to close this case on the docket. JPH 5/19/2026. Distribution via ECF. |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1.      Whereas Plaintiffs Shaleah Raines and Sylvia Santos filed the above-referenced case against Defendant Oh Polly USA, Inc., on  November 14, 2025.

2.      Whereas Defendant has not yet answered Plaintiffs' complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.      Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs hereby dismiss the complaint with prejudice.

Dated: May 19, 2026                Respectfully Submitted,

                                                        /s/ Benjamin J.  Sweet
                                                        Benjamin J.  Sweet
                                                        ben@nshmlaw.com
                                                        **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                                                        101 Pennsylvania Boulevard, Suite 2
                                                        Pittsburgh, PA 15228

                                                        *Attorneys for Plaintiffs*